IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH L. STOVALL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DR. SANTI RAO,<br><br>　　　　　Defendants.　　　　　　　　／ | No. C 07-4648 WHA (PR)<br><br>**ORDER OF DISMISSAL AND DENIAL OF LEAVE TO PROCEED IN FORMA PAUPERIS** |

This is a civil rights action filed pro se by a prisoner. The court notified plaintiff that his application for leave to proceed in forma pauperis ("IFP") was deficient because he had not completed page five of the form, a certificate of funds in inmate account, and did not attach a copy of transactions in his inmate account as required by 28 U.S.C. § 1915(a)(2). A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or correct the deficiencies within thirty days the case would be dismissed. The time has expired and no response has been received.

Leave to proceed in forma pauperis (document number 2 on the docket) is **DENIED**. This case is **DISMISSED** without prejudice. *See* Fed. R.Civ.P. 41(b). The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: October   24  , 2007.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\stovall4648.IFP-dismissal.wpd