UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH L. STOVALL,<br><br>        Plaintiff,<br><br>  v.<br><br>SANTI RAO et al,<br><br>        Defendant.<br>_____/ | Case Number: CV07-04648 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth L. Stovall
V-22511/ A-1 181L
California Substance Abuse Treatment Facility
PO Box 5248
Corcoran, CA 93212

Dated: October 25, 2007

                                          Richard W. Wieking, Clerk
                                          By: D. Toland, Deputy Clerk